**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Rynn,<br><br>                Plaintiff,<br><br>v.<br><br>Gregory A. McKay, *et al.*,<br><br>                Defendants. | No. CV-18-00414-PHX-JJT<br><br>**ORDER** |

At issue are *pro se* Plaintiff Richard Rynn's Motion for Summary Judgment (Doc. 108), For Retrial and to Set Aside Judgment (Doc. 110), and for Recusal (Doc. 111). Because the Court will deny all these motions, the Court will not await responses from Defendants and will not hold oral argument. *See* LRCiv 7.2(f).

Over four years ago, on November 6, 2018, the Court entered judgment dismissing Plaintiff's claims in this lawsuit with prejudice. (Docs. 59, 71, 72.) Plaintiff moved for a new trial (Doc. 75), which the Court denied (Doc. 77). Plaintiff then moved to set aside the judgment (Doc. 82) and filed a supplemental motion to set aside the judgment (Doc. 84), which the Court denied (Doc. 96). Plaintiff appealed the Court's decisions (Doc. 102), and on March 9, 2023, the Ninth Circuit Court of Appeals affirmed the Court's decisions (Doc. 107). Plaintiff now requests again to set aside the judgment, for summary judgment, and for the undersigned to recuse. The Court has already addressed Plaintiff's arguments in its multiple prior Orders, and Plaintiff has given the Court no basis in the new set of

Motions to set aside the prior judgment—which has been affirmed on appeal—or to grant summary judgment in favor of Plaintiff, or for the undersigned to recuse from this case.

This matter has been and now remains closed. No further filings will be permitted.

**IT IS THEREFORE ORDERED** denying Plaintiff's Motion for Summary Judgment (Doc. 108), For Retrial and to Set Aside Judgment (Doc. 110), and for Recusal (Doc. 111). This case remains closed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall not accept any further filings in this matter.

Dated this 30th day of March, 2023.

Honorable John J. Tuchi
United States District Judge